**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00056-REB-KMT

THERESA DRAPER,

    Plaintiff,

v.

CIGNA HEALTHCARE - CENTENNIAL STATE, INC., d/b/a Great-West Healthcare,

    Defendant.

**ORDER GRANTING MOTION TO DISMISS
CERTAIN CLAIMS AND TO AMEND THE COMPLAINT**

**Blackburn, J.**

    The matter is before me on plaintiff's **Motion To Dismiss Certain Claims and To Amend The Complaint** [#5] filed January 27, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted; that plaintiff's claims 1, 2, and 5 of her complaint should be dismissed; and that pursuant to Fed. R. Civ. P. 15(a) the tendered amended complaint should be accepted for filing.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Motion To Dismiss Certain Claims and To Amend The Complaint** [#5] filed January 27, 2011, is **GRANTED**;

    2.  That plaintiff's claims 1, 2 and 5, claims alleging violations under the Americans with Disabilities Act, the Colorado Anti-Discrimination Act and the Family Medical Leave Act, are **DISMISSED**; and

3.  That under Fed. R. Civ. P. 15 (a), plaintiff's **Amended Complaint and Jury Demand** [#5-1] is **ACCEPTED** for filing.

Dated January 28, 2011, at Denver, Colorado.

**BY THE COURT:**

_____
Robert E. Blackburn
United States District Judge