**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00056-REB-KMT

THERESA DRAPER,

     Plaintiff,

v.

CIGNA HEALTHCARE - CENTENNIAL STATE, INC., d/b/a Great-West Healthcare,

     Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

     The matter is before me on the **Joint Stipulation For Dismissal** [#16][1] filed

June 15, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation

should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Joint Stipulation For Dismissal** [#16] filed June 15, 2011, is

**APPROVED**; and

     2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

     Dated June 16, 2011, at Denver, Colorado.

                                   **BY THE COURT:**

                                   Robert E. Blackburn
                                   United States District Judge

---

[1]"[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.